JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>                 Plaintiff,<br><br>         vs.<br><br>CASPIAN INTERNATIONAL INC., a Washington corporation, and ALIREZA KIMIAI, an individual; and DOES 1 through 10, inclusive,<br><br>                 Defendant. | Case No. 2:13-cv-08869 SJO (AJWx)<br><br>**ORDER RE:  STIPULATED NOTICE OF DISMISSAL** |

{2050564.1}

1  Based on Plaintiff Pom Wonderful LLC and Ali Kimiai's Stipulated Notice of
2  Settlement and Dismissal, it is hereby ordered that:
3      1.   Pursuant to a settlement agreement entered into by the Parties, all
4  claims against all defendants are dismissed with prejudice;
5      2.   Each party will bear its own fees and costs.
6  **IT IS SO ORDERED.**

8  DATED: June 18, 2014

*[signature: S. James Otero]*

S. James Otero